IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARTIN, BILLY EARL, ) | Case No. 08-10326-BH |
| MARTIN, CONNIE LUCILLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all checks have been issued and mailed to creditors at their last known addresses.

The following claim distributions have not mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $3.98, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Payee/Address | Claim Amount | Paid To Court |
|---|---|---|---|
| 1 | Capital Recovery One<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | $166.29 | $3.98 |

/s/ G. David Bryant, Trustee
G. David Bryant, Trustee
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax

Date: 09/14/09                                                                                                          Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 1007 Dated 09/14/09
Case Number 08-10326 - MARTIN, BILLY EARL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CAPITAL RECOVERY ONE<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI FL 33131<br>#4536<br>JC Penney Credit | 000001 | 166.29 | 3.98 |
| ---------- Remittance Total ---------------- | | 166.29 | 3.98 |

G. DAVID BRYANT, TRUSTEE

COURT1                                                               Printed: 09/14/09 10:31 AM   Ver: 15.00a